PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:10CR118 DPJ-FKB

JON CHRISTOPHER EVANS
(Wherever Found)

The Clerk of said Court will issue summons returnable on **Tuesday, December 21, 2010,** at **2:30 p.m.**, before F. Keith Ball, United States Magistrate Judge at 245 E. Capitol Street, Jackson, MS, an information against the above-named defendant having been filed in the above-entitled cause on December 16, 2010.

This 14th day of December, 2010.

                                        DONALD R. BURKHALTER
                                        United States Attorney

                                By:     _____
                                        D. MICHAEL HURST, JR.
                                        Assistant U.S. Attorney
                                        MS Bar #99990

Summons issued: _____